(No. 74-CC-206—Claimant )

TEXACO, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT
OF TRANSPORTATION, Respondent.

*Opinion filed January 8, 1974.*

TEXACO, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-225—Claimant )

DARLENE HAROLD, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 8, 1974.*

DARLENE HAROLD, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S.
ARKEMA, JR., Assistant Attorney General, for Respond-
ent.

PER CURIAM.